# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| Miguel Angel De Leon Aguilar, Beatriz Adriana Aguilar Gonzalez, as Parent and Natural Guardian of M.P., a Minor Child Under the Age of Eighteen (18) years and Leonardo Sarmiento Ochoa, <br><br> Plaintiffs, <br><br> vs. <br><br> David A. Eck, Individually and in his Official Capacity, South Carolina Department of Public Safety, South Carolina Highway Patrol *(Dismissed Party)*, City of Myrtle Beach, City of Myrtle Beach Police Department, <br><br> Defendants. | C/A NO.: 4:21-cv-01765-RBH-KDW <br><br> **ORDER TO STAY PROCEEDINGS** |

FOR GOOD CAUSE SHOWN, this matter is stayed pending the resolution of criminal case *The State of South Carolina vs. David A. Eck;* Case #2020A2610200286, in state court in Horry County, South Carolina. This criminal action arises out of the same facts and circumstances as the within civil matter. The staying of this action is necessary to guarantee David A. Eck the Constitutional rights afforded under the United States Constitution, statutes, laws and regulations of the United States of America and the State of South Carolina to those accused of crimes. The parties agree to keep the Court informed of the resolution of the aforesaid criminal action and to provide status updates within six (6) months, if same is not resolved therein.

**IT IS SO ORDERED.**

December 29, 2021
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge